UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:15-CV-90-D |
| | ) | |
| CHAPTER 7 TRUSTEE | ) | |
| ALGERNON L. BUTLER, III, | ) | |
| | ) | |
| Appellee. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES the pending motion to dismiss [D.E. 4] as moot, and dismisses the appeal for appellant's failure to comply with this court's order of December 2, 2015. The clerk shall close the case.

**This Judgment Filed and Entered on December 29, 2015, and Copies To:**

Ronald Bryant, Officer     (via US Mail to: 220 Sunrise Ridge, Vilas, NC 28692)

Algernon L. Butler, III     (via CM/ECF electronic notification)

Hunter E. Fritz     (via CM/ECF electronic notification)

D. Kyle Deak     (via CM/ECF electronic notification)

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| December 29, 2015 | By:    /s/ Crystal Jenkins |
| |        Deputy Clerk |